**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02656-CMA-KLM

MONICA VALLES,

    Plaintiff,

v.

TRANSWORLD SYSTEMS, INC. and
DOES 1-10, inclusive,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation Of Dismissal With Prejudice (Doc. # 10) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay hers or its own attorney's fees and costs.

DATED:  January __04__, 2011

                                          BY THE COURT:

                                          *Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge